**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| ERICKA MOON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-CV-00110- |
| | § | SDJ-AGD |
| GOODWILL INDUSTRIES OF | § | |
| NORTHEAST TEXAS, INC., | § | |
| et al., | § | |
| | § | |
| Defendants. | § | |

**MEMORANDUM ADOPTING REPORT AND
<u>RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE</u>**

Came on for consideration the Report and Recommendation of United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 9, 2026, the Report of the Magistrate Judge, (Dkt. #44), was entered containing proposed findings of fact and recommendation that Defendants' Rule 12(b)(6) Motion to Dismiss (Dkt. #12) be granted in part and denied in part. That is, Plaintiff's claim for negligence against Defendants should be dismissed with prejudice; all of Plaintiff's claims against Craig Boone should be dismissed with prejudice; and Plaintiff's claims for sexual harassment and retaliation under Title VII and TCHRA should be dismissed without prejudice. The Report further recommended that—should the District Court adopt the Report—Plaintiff be granted the opportunity to file an Amended Complaint as to her claims against Defendant Goodwill Industries of North Texas, Inc. for sexual harassment and retaliation under Title VII and TCHRA. The Report further

1

recommended that Plaintiff's Amended Complaint should be filed within fourteen (14) days of the District Court's adoption of the Report.

On March 11, 2026, Plaintiff filed her Objections to the Report and Recommendation (Dkt. #46). The Court has conducted a de novo review of Plaintiff's Objections (Dkt. #46). Having done so, the Court is of the opinion that the findings of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings of the Court.

It is therefore **ORDERED** that Defendants' Rule 12(b)(6) Motion to Dismiss (Dkt. #12) is **GRANTED IN PART** and **DENIED IN PART**. That is, Plaintiff's claim for negligence against Defendants is **DISMISSED WITH PREJUDICE**; all of Plaintiff's claims against Craig Boone are **DISMISSED WITH PREJUDICE**; and Plaintiff's claims for sexual harassment and retaliation under Title VII and TCHRA are **DISMISSED WITHOUT PREJUDICE**. It is further **ORDERED** that Plaintiff is granted the opportunity to file an Amended Complaint as to her claims against Defendant Goodwill Industries of North Texas, Inc. for sexual harassment and retaliation under Title VII and TCHRA. It is finally **ORDERED** that Plaintiff's Amended Complaint must be filed within fourteen (14) days of this Memorandum Adopting Report and Recommendation of United States Magistrate Judge.

**So ORDERED and SIGNED this 7th day of April, 2026.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE

2